Certificate Number: 03088-INS-CC-039796571



03088-INS-CC-039796571

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 23, 2025, at 4:00 o'clock PM CDT, Laura L Zabst received from Debt Education and Certification Foundation, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Southern District of Indiana, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: June 23, 2025            By:     /s/Richard T Layne

                               Name:   Richard T Layne

                               Title:  Financial Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).