UNITED STATES BANKRUPTCY COURT  
Southern District of Indiana  
46 E Ohio St Rm 116  
Indianapolis, IN 46204

SF13210 (rev 02/2017)

In re:

**Laura Lea Zabst**,  
SSN: xxx–xx–3220     EIN: NA  
    fka Laura Zabst–Summerfield  
    3002 Timber Valley Drive  
    Kokomo, IN 46902–0000  
        Debtor.

Case No. **25–03782–JJG–13**

## NOTICE OF FILING OF CHAPTER 13 PLAN

A Chapter 13 Plan was filed on June 27, 2025, by Debtor Laura Lea Zabst. A copy of this document is attached.

**NOTICE IS GIVEN** that any objection to the Chapter 13 Plan must be filed with the Court at least **3 days** prior to the 341 meeting date or by July 29, 2025, whichever is later. Objections must comply with S.D.Ind. B–9013–1(d) and must be served on the attorney for the debtor and the chapter 13 trustee.

If no objections are filed, the Court may confirm the plan without conducting an actual hearing. Unresolved objections will be scheduled for hearing by the Court at a later date.

Dated:  July 1, 2025

Eric R. Kleis  
Clerk, U.S. Bankruptcy Court