**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Laura Lea Zabst | ) CASE NUMBER: 25-03782-JJG-13 |
| | ) |
| | ) |
| DEBTOR | ) |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

Comes now John M. Hauber, trustee herein, and objects to confirmation of the Chapter 13 plan. In support of the Objection, the Trustee states as follows:

1. Two vehicle leases are not reasonable and necessary; further the vehicle lease for $1,360 per month is not reasonable and necessary. Debtor advises that leases are up in 2026; at that time, additional funds should be available for creditors should the court allow debtor to retain the leases until then. Average monthly payment for a vehicle is normally in the $450 per month range.

2. Trustee requests means test period pay advices. December 2024 1st pay advice and last pay advice; plus month end May 2025 pay advices

3. The debtor's plan is not funded.

WHEREFORE, after notice and hearing, your trustee requests that confirmation to the above plan be denied.

Respectfully submitted,

Date: August 20, 2025

/s/ John M. Hauber
John M. Hauber, Trustee

P.O.BOX 441644
INDIANAPOLIS, IN 46244-1644

## **CERTIFICATE OF SERVICE**

      I hereby certify that on 08/20/2025, a copy of the foregoing Trustee's Objection to Confirmation of Plan was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. The parties may access this filing through the Court's system.

| | |
|---|---|
| US Trustee | MARK S ZUCKERBERG |
| ustpregion10.in.ecf@usdoj.gov | filings@mszlaw.com |

      I further certify that on 08/20/2025, a copy of the foregoing Trustee's Objection to Confirmation of Plan was mailed by US First-Class mail, postage prepaid and properly addressed to the following:

Laura Lea Zabst  
3002 Timber Valley Drive  
Kokomo, IN   46902

/s/ John M. Hauber
_____

John M. Hauber, Trustee

P.O.BOX 441644  
INDIANAPOLIS, IN 46244-1644