## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756−1 | User: admin | Date Created: 8/21/2025 |
| Case: 25−03782−JJG−13 | Form ID: s013240 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
tr        John Morgan Hauber      ecfmail@hauber13.com
aty      Mark S Zuckerberg       filings@mszlaw.com

                                                                                                         TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Laura Lea Zabst      3002 Timber Valley Drive      Kokomo, IN 46902−0000

                                                                                                         TOTAL: 1