UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In re:                                )
LAURA LEA ZABST          )   Case No. 25-03782-JJG 13
    Debtor(s)                   )

## MOTION FOR EXTENSION OF TIME

Debtor by counsel, and in support of this Motion for Extension of Time, state the following:

This matter having come before the Court on September 24, 2025, and Debtor was ordered to file an Amended Chapter 13 Plan and Adversary within 30 days. Debtor requires additional time in preparation and filing of the documents ordered.   Debtors request an additional thirty days in preparation and filing of the documents.

WHEREFORE, Debtor respectfully requests an additional thirty (30) days and for all other relief just and proper in the premises.

        By: /s/ Mark S. Zuckerberg
        Mark S. Zuckerberg #13815-49
        Law Office of Mark S. Zuckerberg, PC
        429 North Pennsylvania Street, Suite 100
        Indianapolis, Indiana 46204

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing pleading was served upon the following by electronic servicing or by first class United States mail, postage prepaid, and this 20th day of October 2025:

US Trustee
Chapter 13 Trustee

        By: /s/ Mark S. Zuckerberg
        Mark S. Zuckerberg #13815-49