**SO ORDERED: October 21, 2025.**



**Jeffrey J. Graham**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SGENERIC (rev 09/2025)

In re:

**Laura Lea Zabst**,
    Debtor.

Case No. **25–03782–JJG–13**

## ORDER GRANTING MOTION TO EXTEND TIME

A Motion to Extend Time to File Amended Chapter 13 Plan and Adversary Proceeding in Lien Avoidance was filed on October 20, 2025, by Debtor Laura Lea Zabst.

**IT IS ORDERED** that the Motion to Extend Time to File Amended Chapter 13 Plan and Adversary Proceeding in Lien Avoidance is **GRANTED**. The deadline for filing is extended to November 20, 2025.

Attorney for the debtor must distribute this order.

###