IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:

LAURA LEA ZABST,　　　　　　　　CASE NO:　25-03782-JJG-13

　　　　　Debtor

---

LAURA LEA ZABST　　　　　　　　Adversary Proc. No. _____

　　　　　Plaintiff's

　　vs.

EVERWISE CREDIT UNION

　　　　　Defendant.

---

## Complaint to Avoid Wholly Unsecured Mortgage

### Introduction

1. This is an action to move the Court, pursuant to 11 U.S.C. 1322(b), to avoid the wholly unsecured mortgage of Everwise Credit Union on the following real property: 3002 Timber Valley Drive, Kokomo, Indiana 46902 -referred to as the "Property."

### Parties

2. The Debtor is natural persons residing in the City of Kokomo, County of Howard, State of Indiana, and is also a Debtor pursuant to the provisions of Chapter 13 of Title 11 of the United States Code.

3. The Debtor is a consumer and is a debtor as those terms are defined under applicable Federal and State statutes.

WHEREFORE, the Debtor respectfully pray that, after notice and hearing as may be required, this Court enter an Order stripping said second mortgage as a lien against debtor's real property located at 3002 Timber Valley Drive, Kokomo, Indiana 46902 and converting the underlying debt to an unsecured claim herein, and for all other proper relief.

/s/ Mark S. Zuckerberg

Mark S. Zuckerberg 313815-49
Attorney for Debtor/Plaintiffs
429 N. Pennsylvania Street #100
Indianapolis, IN 46204
(317) 687-0000
(317) 687-5151 Fax
Filings@mszlaw.com