UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SF13210 (rev 02/2017)

In re:

**Laura Lea Zabst**,　　　　　　　　　　　　　　　Case No. **25−03782−JJG−13**
SSN: xxx−xx−3220　　　EIN: NA
　　fka Laura Zabst−Summerfield
　　3002 Timber Valley Drive
　　Kokomo, IN 46902−0000
　　　　　Debtor.

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN

An Amended Chapter 13 Plan was filed on November 17, 2025, by Debtor Laura Lea Zabst. A copy of this document is attached.

**NOTICE IS GIVEN** that any objection to the Amended Chapter 13 Plan must be filed with the Court at least **3 days** prior to the 341 meeting date or by December 17, 2025, whichever is later. Objections must comply with S.D.Ind. B−9013−1(d) and must be served on the attorney for the debtor and the chapter 13 trustee.

If no objections are filed, the Court may confirm the amended plan without conducting an actual hearing. Unresolved objections will be scheduled for hearing by the Court at a later date.

Dated:  November 19, 2025　　　　　　　　　Eric R. Kleis
　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court