IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:

LAURA LEA ZABST f/k/a LAURA ZABST-SUMMERFIELD
3002 Timber Valley Dr.
Kokomo, Indiana 46902,

CASE NO. 25-03782-JJG

Chapter 13

Debtor.

## *JOINT MOTION FOR AUTHORITY TO DISBURSE REGULARLY MONTHLY PRE-CONFIRMATION MORTGAGE PAYMENTS*

Debtor, Laura Lea Zabst f/k/a Laura Zabst-Summerfield, by counsel, Creditor, Everwise Credit Union (hereinafter "ECU"), by counsel, and the Chapter 13 Trustee, agree and stipulate as follows:

1. Detor filed a petition for relief under Chapter 13 of the Bankruptcy Code and a Chapter 13 Plan on June 27, 2025.

2. Debtor's most recently filed Chapter 13 Plan has not yet been confirmed.

3. ECU is included as a creditor in said case and is listed as such therein on the plan, petition, and schedules.

4. ECU has claims for the balance of principal and arrearages secured solely by an interest in real estate and that is the Debtor's principal place of residence.

5. The Chapter 13 Plan provides for the Debtor's continued occupancy and ownership of such real estate and for the making of regular post-petition mortgage payments effective with such payment falling due thirty days after filing.

6. To avoid a motion under 11 U.S.C. § 362(d), and to improve their chances for an effective reorganization, it is in the best interest of the Debtor and all creditors to commence

regular monthly post-petition mortgage payments to ECU on its first mortgage as provided in its Proof of Claim for the same, to be paid through the Trustee.

7.  The Parties agree that the Chapter 13 Trustee is hereby authorized to be paid his statutory fee upon disbursing any and all adequate protection payments prior to the entry of an order confirming the Chapter 13 Plan. Said disbursements on adequate protection payments to ECU and payment of trustee fees are hereby duly authorized by the Debtor to be made and retained even in the event this plan or any subsequently amended plan fails to be confirmed.

AGREED AND STIPULATED TO THIS 21ST DAY OF NOVEMBER, 2025

/s/ Stacy Wissel
Stacy Wissel. Esq.  Attorney for Debtor


AGREED AND STIPULATED TO THIS 21ST DAY OF NOVEMBER, 2025

/s/ Michael A. Trippel
Michael A. Trippel, Esq.
Attorney for Everwise Credit Union

AGREED AND STIPULATED TO THIS 21 DAY OF NOVEMBER, 2025
m. miller
John M. Hauber, Chapter 13 Trustee

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the 25th day of November, 2025, the above and foregoing pleading was served by placing the same in a sealed envelope which was deposited in the United States mail, with sufficient first-class postage affixed thereto, and/or via electronic service, addressed to the following:

| | |
|---|---|
| Mark S. Zuckerber<br>Bankruptcy Law Office of Mark S. Zuckerberg<br>429 N. Pennsylvania St., Ste. 100<br>Indianapolis, IN 46204<br>filings@mszlaw.com | John Morgan Hauber<br>Office of John M. Hauber, Chapter 13 Trustee<br>320 N. Meridian St., Ste. 200<br>Indianapolis, Indiana 46204<br>ecfmail@hauber13.com |
| U.S. Trustee<br>One Michiana Square Building, Suite 555<br>South Bend, IN 46601<br>USTPRegion10.SO.ECF@usdoj.gov | Laura Lea Zabst f/k/a Laura Zabst-Summerfield<br>3002 Timber Valley Dr.<br>Kokomo, Indiana 46902 |

                                            /s/ Michael A. Trippel
                                            Michael A. Trippel (#16537-71)