**SO ORDERED: December 11, 2025.**

*Jeffrey J. Graham*
**Jeffrey J. Graham**
**United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

IN RE:

LAURA LEA ZABST f/k/a LAURA ZABST-SUMMERFIELD
3002 Timber Valley Dr.
Kokomo, Indiana 46902,

Debtor.

CASE NO. 25-03782-JJG

Chapter 13

## **ORDER**

An Agreed Entry/Joint Motion was filed on November 25, 2025, by Creditor, Everwise Credit Union, and it is hereby

**ORDERED, ADJUDGED AND DECREED** the Joint Motion is **APPROVED**.

Debtor shall begin making adequate protection payments on Everwise Credit Union's first mortgage as provided in its Proof of Claim through the Chapter 13 Trustee within fourteen (14) days of the entry of this Order, who shall be authorized to be paid his statutory fee upon such disbursement.

All other aspects of the Agreed Entry shall have full force and effect from this date.

###