**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Laura Lea Zabst ) | CASE NUMBER: 25-03782-JJG-13 |
| ) | |
| ) | |
| DEBTOR ) | |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF AMENDED PLAN

Comes now John M. Hauber, trustee herein, and objects to confirmation of the Amended Chapter 13 plan filed 11/17/2025. In support of the Objection, the Trustee states as follows:

1. The trustee has requested pay advices for the Means Test period. The debtor has since indicated that she is not able to obtain the pay advices for the Means Test period because she changed employers. At the time of filing, it appears that income was not accurately reflected on the Mean Test. Based on the debtor's current income, a 60-month commitment period would be required. The plan should offer language stating that the 60 month plan length is non-modifiable. The plan should also offer tax returns annually to monitor the debtor's income.

2. The plan proposes to avoid certain judicial liens or junior mortgage liens, but this result must be accomplished by motion practice or adversary proceeding.

WHEREFORE, after notice and hearing, your trustee requests that confirmation to the above amended plan be denied.

Respectfully submitted,

Date: December 17, 2025

/s/ John M. Hauber
John M. Hauber, Trustee

P.O.BOX 441644
INDIANAPOLIS, IN 46244-1644

## **CERTIFICATE OF SERVICE**

I hereby certify that on 12/17/2025, a copy of the foregoing Trustee's Objection to Confirmation of Amended Plan was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. The parties may access this filing through the Court's system.

| | |
|---|---|
| US Trustee | MARK S ZUCKERBERG |
| ustpregion10.in.ecf@usdoj.gov | filings@mszlaw.com |

I further certify that on 12/17/2025, a copy of the foregoing Trustee's Objection to Confirmation of Amended Plan was mailed by US First-Class mail, postage prepaid and properly addressed to the following:

Laura Lea Zabst
3002 Timber Valley Drive
Kokomo, IN   46902


/s/ John M. Hauber
_____

John M. Hauber, Trustee

P.O.BOX 441644
INDIANAPOLIS, IN 46244-1644