UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:
LAURA LEA ZABST                    Case No. 25-03782-JJG 13

 Debtor(s)

## MOTION FOR EXTENSION OF TIME

Debtor by counsel, and in support of this Motion for Extension of Time, state the following:

This matter, having come before the court upon Trustee's objection to Confirmation of Amended Chapter 13 Plan and Debtor being ordered to file an Amended Plan within 45 days. Debtor requires additional time in review and preparation of the required documents for confirmation of her Chapter 13 Plan.

WHEREFORE, Debtor respectfully requests an additional thirty (30) days to file the Amendments and for all other relief just and proper in the premises.

By: /s/ Mark S. Zuckerberg
Mark S. Zuckerberg #13815-49
Law Office of Mark S. Zuckerberg, PC
429 North Pennsylvania Street, Suite 100
Indianapolis, Indiana 46204

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing pleading was served upon the following by electronic servicing or by first class United States mail, postage prepaid, and this 9th day of March 2026:

US Trustee
Chapter 13 Trustee

By: /s/ Mark S. Zuckerberg
Mark S. Zuckerberg #13815-49