**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE:                                                    )
                                                         )
Laura Lea Zabst                                          )        CASE NUMBER: 25-03782-JJG-13
                                                         )
                                                         )
DEBTOR                                                   )

## TRUSTEE'S OBJECTION TO CONFIRMATION OF AMENDED PLAN

Comes now John M. Hauber, trustee herein, and objects to confirmation of the Amended Chapter 13 plan filed 4/9/26. In support of the Objection, the Trustee states as follows:

1. The trustee requests a reporting provision and Notice of Retention regarding the debtor's pending lawsuit.

WHEREFORE, after notice and hearing, your trustee requests that confirmation to the above amended plan be denied.

Respectfully submitted,

Date: May 06, 2026                                  /s/ John M. Hauber
                                                    John M. Hauber, Trustee

                                                    P.O.BOX 441644
                                                    INDIANAPOLIS, IN 46244-1644

## **CERTIFICATE OF SERVICE**

       I hereby certify that on 05/06/2026, a copy of the foregoing Trustee's Objection to Confirmation of Amended Plan was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  The parties may access this filing through the Court's system.

| | |
|---|---|
| US Trustee | MARK S ZUCKERBERG |
| ustpregion10.in.ecf@usdoj.gov | filings@mszlaw.com |

       I further certify that on 05/06/2026, a copy of the foregoing Trustee's Objection to Confirmation of Amended Plan was mailed by US First-Class mail, postage prepaid and properly addressed to the following:

Laura Lea Zabst
3002 Timber Valley Drive
Kokomo, IN   46902

/s/ John M. Hauber
_____

John M. Hauber, Trustee

P.O.BOX 441644
INDIANAPOLIS, IN 46244-1644