UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                          )
                                                )
LAURA LEA ZABST                    ) CASE NO.   25-03782-JJG-13
                                                )
DEBTOR(S)                              )

## NOTICE OF RETENTION AND COMPENSATION TERMS

The Debtors, by counsel, gives notice as follows:

1.     The Debtor herein has the following claim against third parties ("the

Claim"):

**The debtor has a breach of contract claim against the contractor that built her home, pending under cause number 34D02-2502-MI-000611 in the Howard County Superior Court 2.**

2.     The debtors have retained the following professionals to pursue the

Claim on the debtors' behalf:

**Michael D. Moon**
**Barnes & Thornburg**
**11 S. Meridian Street**
**Indianapolis, IN 46204**
**317-231-7726**
**MMoon@btlaw.com**

3.     The terms of compensation are as follows:

**Pro bono representation, and recovery of expenses.**

4.     The Chapter 13 trustee has been advised of the terms of compensation and consents to those terms. The professional has been advised of the debtors' pending bankruptcy case, the obligation to provide information regarding the Claim to the trustee upon request, and the requirement to hold any funds received as a result of the settlement or resolution of the Claim until obtaining instructions from the trustee or the Court.

5.      The debtors shall remain in possession and control of the Claim and have the authority to settle. The Chapter 13 trustee shall not be named or substituted as a party of interest, nor shall the trustee be required to execute a release as part of any settlement of the Claim. The debtors shall not dispose of any funds received as a result of settlement or resolution of the Claim before obtaining the consent of the trustee.

6.      If the bankruptcy case is still pending under Chapter 13 at the time the Claim is resolved either by settlement or court action, the debtors shall advise the Chapter 13 trustee of the resolution, including the compensation to be received by the debtors' professionals.

DATE:  Tuesday, June 2, 2026          /s/ Stacy Wissel

Stacy Wissel, attorney for debtor
Attorney #17154-54
Walton Legal Services
5610 Crawfordsville Road, Ste 1200
Indianapolis, IN 46224
317-241-2900
Fax : 317-241-2155
Email: Margaret@waltonlegal.net

Certificate of Service

The undersigned attorney hereby certifies that on Tuesday, June 2, 2026, a copy of the foregoing pleading was served upon the following by first class US Mail, postage prepaid to the parties listed below:

**John Morgan Hauber**      ecfmail@hauber13.com, ecfmail1@hauber13.com
**Michael A. Trippel**      mtrippel@tglaw.us
**U.S. Trustee**      ustpregion10.in.ecf@usdoj.gov
**Mark S Zuckerberg**      filings@mszlaw.com, s.mr72948@notify.bestcase.com
**Michael Moon**   **Mmoon@btlaw.com**

**Laura Lea Zabst**
3002 Timber Valley Drive
Kokomo, IN 46902-0000

Creditors on matrix attached hereto

/s/ Stacy Wissel
Stacy Wissel, attorney for debtor
Attorney #17154-54