Label Matrix for local noticing
0756-1
Case 25-03782-JJG-13
Southern District of Indiana
Indianapolis
Tue Jun  2 08:25:39 EDT 2026

ACAR Leasing LTD d/b/a GM Financial Leasing
P.O. Box 183853
Arlington, TX 76096-3853

Affirm, Inc.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Everwise Credit Union
110s Main St
South Bend, IN 46601-1833

Heights Finance
101 N Main St. Ste 600
Greenville, South Carolina 29601-4846

Internal Revenue Service
Attn: Bankruptcy
PO Box 7346
Philadelphia, PA 19101-7346

(p)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

US Department of Education/MOHELA
633 Spirit Drive
Chesterfield, MO 63005

End of Label Matrix
Mailable recipients    6
Bypassed recipients    0
Total                  6