UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                    )
                                          )
LAURA LEA ZABST                           ) CASE NO.  25-03782-JJG-13
                                          )
DEBTOR(S)                                 )

## AGREED MODIFICATION OF PLAN NOT SUBJECT TO NOTICE

The parties hereto agree that the debtor's plan must be immaterially modified to resolve an existing issue or objection. This modification meets the requirements of 11 U.S.C. §1322 and becomes a part of the debtor's plan without any necessity for notice herein.  The agreement of the parties is:

**The debtor is pursuing a claim against a third party.  Debtor agrees to report should any proceeds be awarded or received as a result of the litigation or settlement of this claim, and further agrees to remit proceeds to the trustee to hold, pending further order of this Court regarding distribution of same.**

**All other plan terms shall remain the same.**

WHEREFORE, the parties have agreed to the above terms as an immaterial modification of the plan as list submitted by the debtor herein.

Date: 6-2-2026

_____
Chapter 13 Trustee (or Staff Counsel)

Date: 5·29·26

_____
Debtor's Counsel