UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS

IN RE:

Laura Lea Zabst

CASE NO: 25-03782-JJG-13

Debtor

## NOTICE OF CONFIRMATION

On 06/04/2026, the Court entered the Order Confirming Plan in the Chapter 13 case listed above.

/s/ John M. Hauber
John M. Hauber, Trustee
320 N. Meridian St.
Suite 200
Indianapolis, IN  46204
(317)636-1062

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS

IN RE:

Laura Lea Zabst

CASE NO: 25-03782-JJG-13

Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on 06/05/2026, a copy of the foregoing Notice of Confirmation will be sent to the following parties through the Court's Electronic Case Filing System. The parties may access this filing through the Court's system.

MARK S ZUCKERBERG   filings@mszlaw.com

U.S. Trustee   ustpregion10.in.ecf@usdoj.gov

I further certify that on 06/05/2026, a copy of the foregoing Notice of Entry of Confirmation was mailed by US First-Class mail, postage prepaid and properly addressed to the recipients on the attached list.

/s/ John M. Hauber

John M. Hauber, Trustee
320 N. Meridian St.
Suite 200
Indianapolis, IN  46204
(317)636-1062

Laura Lea Zabst
3002 Timber Valley Drive
Kokomo, IN  46902

ACAR Leasing LTD d/b/a GM Financial
Leasing
P.O. Box 183853
Arlington, TX  76096

Aes/Pnc Bank
Pob 61047
Harrisburg, PA  17106

Affirm, Inc.
Resurgent Capital Services
PO Box 10587
Greenville, SC  29603-0587

Allen Graber
411 N 1100 E
Greentown, IN  46936

Capital One
Po Box 31293
Salt Lake City, UT  84131

Chesterfield, MO 63005
Chesterfield, MO  63005

Com 1 Bank
201 W Sycamore
Kokomo, IN  46901

Degler Flooring
507 N Washington
Kokomo, IN  46901

Deptednelnet
Po Box 82561
Lincoln, NE  68501

Everwise Credit Union
110s Main St
South Bend, IN  46601

Everwise Credit Union

Everwise Credit Union
110 S. Main St.
South Bend, IN  46601

Financl Bfcu
2828 S Lafountain St
Kokomo, IN  46904

First Farmers Bank & T
Loan Department
Peru, IN  46970

Gm Financial
Po Box 181145
Arlington, TX  76096

Heights Finance
101 N Main St. Ste 600
Greenville, South Carolina 29601
Greenville  29601

Heights Finance Holding
101 N Main St. 600
Greenville, SC  29601

Heights Finance Holding
101 N Main St. #600
Greenville, SC  29601

Huston Electric
1915 E North Street
Kokomo, IN  46901

Indiana Department of Revenue
Attn: Bankruptcy Section
100 N. Senate Ave., MS108
Indianapolis, IN  46204

Internal Revenue Service
Attn: Bankruptcy
PO Box 7346
Philadelphia, PA  19101

John Morgan Hauber
Office of John M. Hauber, Chapter 13
Tru
320 N. Meridian St., Ste. 200
Indianapolis, IN  46204

King&#39;s
PO Box 1152
Kokomo, IN  46903

King's
PO Box 1152
Kokomo, IN  46903

Laura Lea Zabst
3002 Timber Valley Drive
Kokomo, IN  46902

Mark S Zuckerberg
Bankruptcy Law Office of Mark S
Zuckerbe
429 N. Pennsylvania Street
Ste 100
Indianapolis, IN  46204

Mohela
Attn: Bankruptcy

Mohela
633 Spirit Drive
Chesterfield, MO  63005

Pncbk/glelsi
2401 International Lane
Madison, WI  53704

Solidarity Fed Credit
Pob 2499
Kokomo, IN  46904

Trueaccord C
16011 College Blvd
Lenexa, KS  66219

U.S. Attorney&#39;s Office
10 W Market St Ste 2100
Indianapolis IN 46204-3048

U.S. Attorney's Office
10 W Market St Ste 2100
Indianapolis IN 46204-3048

U.S. Trustee
Office of U.S. Trustee
46 E Ohio Street, Room 520
Indianapolis, IN  46204

US Department of Education/MOHELA
633 Spirit Drive
Chesterfield, MO  63005