**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| LAURA LEA ZABST | ) | CASE NO. 25-03782-JJG-13 |
| | ) | |
| | ) | |
| DEBTOR. | | |

**TRUSTEE'S MOTION TO DISMISS OR ALTERNATIVELY,**
**FOR AN ORDER CONVERTING TO CHAPTER 7**

Comes now John M. Hauber, Trustee herein, and moves the Court to enter an order dismissing the above-referenced Chapter 13 proceeding or, alternatively, converting the case to one under Chapter 7 for the reasons that follow:

1. The Debtor has failed to timely maintain plan payments to the Trustee and is currently $12,900.00 in arrears in plan payments, representing the equivalent of three (3) months of payments.
2. The Debtor filed a lawsuit against Isaiah Banker and Baker Construction related to work to be done on her residence. The lawsuit remains pending.
3. A Chapter 7 Trustee may review the case to determine if it is worth pursing.
4. Pursuit of the case may be in the best interest of Debtor's creditors and as such the case can be converted to a Chapter 7.

This case is clearly ripe for dismissal given the debtor's default in plan payments, but the Code provides for the Court to convert this Chapter 13 to Chapter 7 if it determines that such action is in the best interest of creditors and the estate. See 11 U. S.C. 1307 (c).

WHEREFORE, after hearing, your Trustee requests that the Court enter an order dismissing or converting the instant Chapter 13 proceeding.

Respectfully submitted,
John M. Hauber, Trustee

Date: August 18, 2026

/s/ John M. Hauber
John M. Hauber, Trustee
320 N. Meridian Street, Suite 200
Indianapolis, IN 46204
(317) 636-1062

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument has been duly served upon the following individuals, electronically or by United States mail, first-class postage prepaid, on 8/18/26:

Mark Zukerburg Law Firm filings@mazlaw.com

US Trustee ustpregion10.in.ecf@usdoj.gv

Laura Zabst
3002 Timber Valley Dr.
Kokomo, IN 46902

/s/ John M. Hauber
John M. Hauber, Trustee