SF00200 (rev 08/2025)

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

In re:

**Laura Lea Zabst**,
Debtor.

Case No. **25−03782−JJG−13**

# NOTICE OF HEARING

A Motion to Dismiss Case or, in the Alternative, Convert Case to Chapter 7 was filed on August 18, 2026, by Trustee John Morgan Hauber. The Court, after reviewing this document, determines that a hearing is required.

**NOTICE IS GIVEN** that a hearing will be held as follows:

Date: September 15, 2026
Time: 10:00 AM Eastern
Place: US Courthouse
46 E Ohio St Rm 311
Indianapolis, IN 46204

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any referenced document can be found at pacer.insb.uscourts.gov or may be requested from the filing party.

Dated: August 19, 2026

Eric R. Kleis
Clerk, U.S. Bankruptcy Court