**SO ORDERED: September 16, 2026.**

**Jeffrey J. Graham**
**United States Bankruptcy Judge**

SF03480 (rev 05/2025)

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

In re:

**Laura Lea Zabst**,
Debtor.

Case No. **25−03782−JJG−13**

## ORDER CONVERTING CHAPTER 13 CASE TO CHAPTER 7

A Motion to Dismiss Case or, in the Alternative, Convert Case to Chapter 7 was filed on August 18, 2026, by Trustee John Morgan Hauber. The Court, having reviewed the motion, finds that the debtor is eligible to be a debtor under chapter 7 of the Bankruptcy Code.

**IT IS ORDERED** that this case is converted to a case under chapter 7 of Title 11 of the U.S. Code.

**NOTICE IS GIVEN** that the trustee serving at the time of conversion is required to file a final report and account within **30 days** from the date of this notice pursuant to Fed.R.Bankr.P. 1019(5). If no objections are filed within **30 days** after the filing of a final report and account, the trustee will be discharged from any duty as trustee in this case.

**NOTICE IS FURTHER GIVEN** that unless previously filed, the debtor is required to file the following documents:

1. A Statement of Current Monthly Income (Form 122A−1) within **14 days** of the conversion;

2. A statement of Intention (Form 108) within **30 days** from the first 341 Meeting of Creditors date if any secured debts are listed on Schedule D;

3. The schedules and lists pursuant to Fed.R.Bankr.P. 1019(5)(C) if a plan was confirmed before conversion; and

4. A schedule of unpaid debts incurred after the filing of the petition and before conversion of the case, including each creditor's name and address, within **14 days** from the date of the conversion. A notice to added creditors may be required pursuant to S.D.Ind. B−1019−1(a).

Failure to timely file these documents may result in the dismissal of this case **without further notice or hearing** unless a motion for extension of time is filed before the due dates.

###