SF03480N (rev 01/2016)

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

In re:

**Laura Lea Zabst**,
Debtor.

Case No. **25−03782−JJG−7**

# NOTICE OF REQUIREMENTS UPON CONVERSION TO CHAPTER 7

**NOTICE IS GIVEN** that the trustee serving at the time of conversion is required to file a final report and account within **30 days** from the date of this notice pursuant to Fed.R.Bankr.P. 1019(5). If no objections are filed within **30 days** after the filing of a final report and account, the trustee will be discharged from any duty as trustee in this case.

**NOTICE IS FURTHER GIVEN** that unless previously filed, the debtor is required to file the following documents:

1. A Statement of Current Monthly Income (Form 122A−1) within **14 days** of the conversion;

2. A Statement of Intention (Form 108) within **30 days** from the first 341 Meeting of Creditors date if any secured debts are listed on Schedule D;

3. The schedules and lists pursuant to Fed.R.Bankr.P. 1019(5)(C) if a plan was confirmed before conversion; and

4. A schedule of unpaid debts incurred after the filing of the petition and before conversion of the case, including each creditor's name and address, within **14 days** from the date of the conversion. A notice to added creditors may be required pursuant to S.D.Ind. B−1019−1(a).

Failure to timely file these documents may result in the dismissal of this case **without further notice or hearing** unless a motion for extension of time is filed before the due dates.

Dated: September 16, 2026

Eric R. Kleis
Clerk, U.S. Bankruptcy Court