UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: )
Laura Zabst ) CASE NO: 25-03782-JJG-7
DEBTOR. )

**NOTICE OF POSTPETITION PRECONVERSION DEBTS**

Comes now the Debtor, by counsel, and respectfully notifies the Court of certain postpetition, preconversion debts, which Debtor now adds to this converted Chapter 7 Bankruptcy filing pursuant to B.R. 1019(5)(B)(i).

| CREDITOR | ACCT # | DATE | AMOUNT |
|---|---|---|---|
| Barnes & Thornburg | Unknown | 3/24/26 | $5,100.00 |

As these debts are being added pursuant to B.R. 1019(5)(B)(i), and not through an amendment under B.R. 1009(a), **no filing fee is required for the addition of these debts.**

WHEREFORE, the Debtor respectfully requests that the Court add the above debts to her converted Chapter 7 Bankruptcy and for all other relief just and proper in the premises.

Respectfully submitted,

By: /s/ Mark S. Zuckerberg

Mark S. Zuckerberg #13815-49
429 N. Pennsylvania St, Suite 100
Indianapolis IN 46204
Filings@mszlaw.com
317.687.0000