**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: | Case No. 25-03782 |
| Laura Lea Zabst<br>*fka Laura Zabst-Summerfield* | Chapter 7 |
| Debtor. | Judge Jeffrey J. Graham |

**MOTION FOR RELIEF FROM AUTOMATIC STAY OF PROPERTY KNOWN AS A 2023 YUKON XL - VIN:1GKS2GKD8PR421759 AND NOTICE OF OBJECTION DEADLINE WITH 30-DAY WAIVER**

The Creditor, ACAR Leasing LTD d/b/a GM Financial Leasing, hereby moves the Court pursuant to 11 USC §362(d) to lift the automatic stay from the estate the following personal property, 2023 YUKON XL - VIN:1GKS2GKD8PR421759, referred to as the 'Property.'

1. The Debtor filed a Chapter 7 case on 06/27/2025– referred to as the 'Petition Date.'

2. On 7/8/2023, Laura Lea Zabst ('Debtor') entered into a Closed End Motor Vehicle Lease with ED Martin Buick GMC in the amount of $104,172.97. This figure represents total lease payments of $59,053.77 and a purchase option in the amount of $45,119.20. The Executory Contract was evidenced by a Closed End Motor Vehicle Lease dated DATE (the 'Lease'), a copy of which is attached as **Exhibit A**.

3. The Lease related to Personal Property known as a 2023 YUKON XL - VIN:1GKS2GKD8PR421759 owned by the Creditor (the 'Collateral'). The Collateral is more fully described in the Lease, attached as **Exhibit A.**

4. The Creditor perfected an interest in the Property, more particularly described in the Certificate of Title for a Vehicle. Evidence of perfection is attached as **'Exhibit B'**.

5. As of 11/4/2026, the debtor has failed to make payments beginning with August 8, 2026 for a past due payment balance of $2,685.31 The total amount currently due and owing is $50,962.85. Furthermore, the lease matured on October 9, 2026 and debtor has failed to either return or purchase the vehicle per the terms of the lease.

6. The Property is burdensome to the estate or is of inconsequential value and benefit to the estate. Cause exists to lift the automatic stay since the interest of the Creditor is not being adequately protected. The J.D. Power value is $49,850.00.

7. In the event the Order granting Creditor's Motion for Relief from Stay with 30-Day Waiver is entered, the provisions of Bankruptcy Rule 4001(a)(4) shall be waived and said Order shall be effective immediately.

8. The Creditor hereby waives the right under 11 USC §362(e) to a hearing on this motion within thirty (30) days of the date it is filed.

NOTICE IS GIVEN that any objection must be filed with the Bankruptcy Clerk within **14 days** from the date of service [or such other time period as may be permitted by Fed.R.Bankr.P.9006(f)]. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

United States Bankruptcy Court
Room 116
Birch Bayh Federal Building and United States Courthouse
46 E. Ohio Street
Indianapolis, IN 46204

The objecting party must ensure delivery of the objection to the party filing the motion. **If an objection is NOT timely filed, the requested relief may be granted.**

WHEREFORE, the Creditor moves the Court to enter an order lifting the automatic stay and granting such other relief as appropriate.

Respectfully Submitted,

/s/ Richard J. LaCivita

Richard J. LaCivita (OH 0072368)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

**CERTIFICATE OF SERVICE**

I certify that on November 4, 2026, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

Mark S Zuckerberg, Debtor's Counsel at filings@mszlaw.com

Sarah Fowler, Trustee at trustee@bbrlawpc.com

Office of the U.S. Trustee at ustpregion10.in.ecf@usdoj.gov

I further certify that on November 4, 2026, a copy of the foregoing Motion was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Laura Lea Zabst, Debtor
3002 Timber Valley Drive
Kokomo, IN 46902-0000

All Creditors on Attached Matrix

/s/ Richard J. LaCivita
Richard J. LaCivita (OH 0072368)
Attorney for Movant

Label Matrix for local noticing
0756-1
Case 25-03782-JJG-7
Southern District of Indiana
Indianapolis
Wed Nov 4 15:29:16 EST 2026

ACAR Leasing LTD d/b/a GM Financial Leasing
P.O. Box 183853
Arlington, TX 76096-3853

Aes/Pnc Bank
Pob 61047
Harrisburg, PA 17106-1047

Affirm, Inc.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Allen Graber
411 N 1100 E
Greentown, IN 46936-8760

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0001

Barnes & Thornburg
11 S. Meridian St.
Indianapolis, IN 46204-3535

Capital One
Po Box 31293
Salt Lake City, UT 84131-0293

Com 1 Bank
201 W Sycamore
Kokomo, IN 46901-4630

Degler Flooring
507 N Washington
Kokomo, IN 46901-4501

Deptednelnet
Po Box 82561
Lincoln, NE 68501-2561

Everwise Credit Union
110 S. Main St.
South Bend, IN 46601-1833

Everwise Credit Union
110s Main St
South Bend, IN 46601-1833

Financl Bfcu
2828 S Lafountain St
Kokomo, IN 46902-3706

First Farmers Bank & T
Loan Department
Peru, IN 46970

Sarah Fowler
Sarah Fowler, Chapter 7 Trustee
101 W. Ohio St.
Suite 1700
Indianapolis, IN 46204-4201

Gm Financial
Po Box 181145
Arlington, TX 76096-1145

Heights Finance
101 N Main St. Ste 600
Greenville, South Carolina 29601-4846

Heights Finance Holding
101 N Main St. #600
Greenville, SC 29601-4846

Huston Electric
1915 E North Street
Kokomo, IN 46901-3169

(p)INDIANA DEPARTMENT OF REVENUE
ATTN BANKRUPTCY
100 N SENATE AVE
INDIANAPOLIS IN 46204-2253

Internal Revenue Service
Attn: Bankruptcy
PO Box 7346
Philadelphia, PA 19101-7346

King's
PO Box 1152
Kokomo, IN 46903-1152

Mark S Zuckerberg
429 N Pennsylvania St. #100
Indianapolis IN 46204-1873

(p)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

Pncbk/glelsi
2401 International Lane
Madison, WI 53704-3121

Solidarity Fed Credit
Pob 2499
Kokomo, IN 46904-2499

Michael A. Trippel
Thorne-Grodnik, LLP
420 Lincolnway West
Mishawaka, IN 46544-1902

Trueaccord C
16011 College Blvd
Lenexa, KS 66219-1366

U.S. Attorney's Office
Civil Process Clerk
135 North Pennsylvania St.
Suite 2100
Indianapolis, IN 46204-4400

U.S. Attorney's Office
10 W Market St Ste 2100
Indianapolis IN 46204-1986

U.S. Trustee
Office of U.S. Trustee
46 E Ohio Street, Room 520
Indianapolis, IN 46204-1903

Laura Lea Zabst
3002 Timber Valley Drive
Kokomo, IN 46902-5000

Mark S Zuckerberg
Bankruptcy Law Office of Mark S Zuckerbe
429 N. Pennsylvania Street
Ste 100
Indianapolis, IN 46204-1873

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Indiana Department of Revenue
Attn: Bankruptcy Section
100 N. Senate Ave., MS108
Indianapolis, IN 46204

Mohela
633 Spirit Drive
Chesterfield, MO 63005

(d)US Department of Education/MOHELA
633 Spirit Drive
Chesterfield, MO 63005

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Chesterfield, MO 63005

(u)Everwise Credit Union

(u)Mohela
Attn: Bankruptcy

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 33 |
| Bypassed recipients | 3 |
| Total | 36 |