JD POWER

EXHIBIT C

10/29/2026

JD Power Used Cars/Trucks

## Vehicle Information

| | |
|---|---|
| Vehicle: | 2023 GMC Yukon XL Utility 4D SLT 4WD 5.3L V8 |
| Region: | Southeastern |
| Period: | October 29, 2026 |
| VIN: | 1GKS2GKD8PR421759 |
| Mileage: | 52,500 |
| Base MSRP: | $70,100 |
| Typically Equipped MSRP: | $73,285 |

## JD Power Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Monthly Used** | | | | |
| Rough Trade-In | $45,475 | N/A | $775 | **$46,250** |
| Average Trade-In | $47,450 | N/A | $775 | **$48,225** |
| Clean Trade-In | $49,075 | N/A | $775 | **$49,850** |
| Clean Loan | $44,175 | N/A | $775 | **$44,950** |
| Clean Retail | $55,425 | N/A | $850 | **$56,275** |

## Selected Options

| | Trade-In/Loan | Retail |
|---|---|---|
| Panoramic Power Sunroof [VIN Precision+] | $500 | $550 |
| Heated Rear Seats [VIN Precision+] | $75 | $75 |
| Power Third Row Seat [VIN Precision+] | $200 | $225 |

JD Power Used CarGuide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. ©2026 JD Power