R: CC

2434009860
TORIE KELLEY
HOWARD COUNTY IN RECORDER
ELECTRONICALLY RECORDED
AS PRESENTED ON
07/11/2024 01:42:07 PM
REC FEE: 25.00 PGS: 4

[Space Above This Line For Recording Data]

# LOAN MODIFICATION AGREEMENT

**(Providing for Fixed Interest Rate)**

This Loan Modification Agreement ("Agreement"), made this 1st day of July, 2024, between ("Borrower") **Laura Zabst** and **Teachers Credit Union** ("Lender"), amends and supplements (1) the Mortgage, Deed of Trust, or Security Deed (the "Security Instrument") dated **March 14, 2022** and recorded in Book or Liber **2234003243**, of the **Howard County IN Recorder** Records

**Howard County Indiana** and (2) the Note, bearing the same date as, and secured by, the
(County and State, or other Jurisdiction)

Security Instrument, which covers the real and personal property described in the Security Instrument and defined therein as the "Property", located at

**3002 Timber Valley Dr Kokomo, Indiana 46902**,
(Property Address)

the real property described being set forth as follows: See attached Exhibit A

In consideration of the mutual promises and agreements exchanged, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Note or Security Instrument):

1. As of **June 26th, 2024**, the amount payable under the Note and the Security Instrument (the "Unpaid Principal Balance") is U.S. $**568,000**, consisting of the unpaid amount(s) loaned to Borrower by Lender plus any interest and other amounts capitalized.

2. Borrower promises to pay the Unpaid Principal Balance, plus interest, to the order of Lender. Interest will be charged on the Unpaid Principal Balance at the yearly rate of **4.625**%, from **August 1st**, **2024**. Borrower promises to make monthly payments of principal and interest of U.S. $**2,920.31**, beginning on the **1st** day of **August**, **2024**, and continuing thereafter on the same day of each succeeding month until principal and interest are paid in full. The yearly rate of **4.625**% will remain in effect until principal and interest are paid in full. If on **July 1st, 2054** (the "Maturity Date"), Borrower still owes amounts under the Note and the Security Instrument, as amended by this Agreement, Borrower will pay these amounts in full on the Maturity Date.

3. If all or any part of the Property or any interest in the Property is sold or transferred (or if Borrower is not a



EXHIBIT
tabbies
C

natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by the Security Instrument.

If Lender exercises this option. Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which Borrower must pay all sums secured by the Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by the Security Instrument without further notice or demand on Borrower.

4. Borrower also will comply with all other covenants, agreements, and requirements of the Security Instrument, including without limitation, Borrower's covenants and agreements to make all payments of taxes, insurance premiums, assessments, escrow items, impounds, and all other payments that Borrower is obligated to make under the Security Instrument; however, the following terms and provisions are forever canceled, null and void, as of the date specified in paragraph No. 1 above:

   (a) all terms and provisions of the Note and Security Instrument (if any) providing for, implementing, or relating to, any change or adjustment in the rate of interest payable under the Note; and

   (b) all terms and provisions of any adjustable rate rider, or other instrument or document that is affixed to, wholly or partially incorporated into, or is part of, the Note or Security Instrument and that contains any such terms and provisions as those referred to in (a) above.

5. Borrower understands and agrees that:

   (a) All the rights and remedies, stipulations, and conditions contained in the Security Instrument relating to default in the making of payments under the Security Instrument shall also apply to default in the making of the modified payments hereunder.

   (b) All covenants, agreements, stipulations, and conditions in the Note and Security Instrument shall be and remain in full force and effect, except as herein modified, and none of the Borrower's obligations or liabilities under the Note and Security Instrument shall be diminished or released by any provisions hereof, nor shall this Agreement in any way impair, diminish, or affect any of Lender's rights under or remedies on the Note and Security Instrument, whether such rights or remedies arise thereunder or by operation of law. Also, all rights of recourse to which Lender is presently entitled against any property or any other persons in any way obligated for, or liable on, the Note and Security Instrument are expressly reserved by Lender.

   (c) Nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Instrument.

   (d) All costs and expenses incurred by Lender in connection with this Agreement, including recording fees, title examination, and attorney's fees, shall be paid by the Borrower and shall be secured by the Security Instrument, unless stipulated otherwise by Lender.

   (e) Borrower agrees to make and execute such other documents or papers as may be necessary or required to effectuate the terms and conditions of this Agreement which, if approved and accepted by Lender, shall bind and inure to the heirs, executors, administrators, and assigns of the Borrower.

   (f) Borrower authorizes Lender, and Lender's successors and assigns, to share Borrower information including, but not limited to (i) name, address, and telephone number, (ii) Social Security Number, (iii) credit score, (iv) income, (v) payment history, (vi) account balances and activity, including information about any modification or foreclosure relief programs, with Third Parties that can assist Lender and Borrower in obtaining a foreclosure prevention alternative, or otherwise provide support services related to Borrower's loan. For purposes of this section, Third Parties include a counseling agency, state or local Housing Finance Agency or similar entity, any insurer,

guarantor, or servicer that insures, guarantees, or services Borrower's loan or any other mortgage loan secured by the Property on which Borrower is obligated, or to any companies that perform support services to them in connection with Borrower's loan.

Borrower consents to being contacted by Lender or Third Parties concerning mortgage assistance relating to Borrower's loan including the trial period plan to modify Borrower's loan, at any telephone number, including mobile telephone number, or email address Borrower has provided to Lender or Third Parties.

By checking this box, Borrower also consents to being contacted by text messaging ☐.

**Teachers Credit Union**
**Lender**

By: [signature]
Tammie Wyatt- AVP of Mortgage Operations

7-9-24
Date of Lender's Signature

[signature] (Seal)
Laura Zabst -Borrower

_______________ (Seal)
-Borrower

_______________ [Space Below This Line For Acknowledgments] _______________

**STATE OF INDIANA**
**COUNTY OF** Hamilton

Before me, the undersigned, a Notary Public in and for said County, on July 1st, 2024, personally appeared Laura Zabst and acknowledged the execution of the foregoing instrument.

WITNESS my hand and official seal:

KATHERINE ANN MILLER
Notary Public Seal State of Indiana
Hamilton County
Commission # 708719
My Commission Expires 12/25/2025

[signature]
Notary Public: Katherine Miller
County of Residence: Hamilton
My commission expires: 12/25/25
Commission #: 708719

**STATE OF INDIANA**
**COUNTY OF ST. JOSEPH**

Before me, the undersigned, a Notary Public in and for said County, on 7-9, 2024, personally appeared **Tammie Wyatt as AVP of Mortgage Operations** of **Teachers Credit Union** and acknowledged the execution of the foregoing instrument.

WITNESS my hand and official seal:

Eric Gale Reiter
Notary Public Seal State of Indiana
St Joseph County
My Commission Number NP0734567
My Commission Expires 07/01/2029

[signature]
Notary Public: Eric Gale Reiter
County of Residence: St. Joseph
My commission expires: 07/01/2029 Commission #0734567

I affirm, under the penalties for perjury, that I have taken reasonable care to redact each Social Security number in this document unless required by law. By Megan Snyder

This instrument was prepared by: Megan Snyder

## EXHIBIT "A"

Property Address: 3002 Timber Valley Drive, Kokomo, IN 46902
File No.: 22-5697

Parcel I:

Lot Number Forty-One (41), in Timber Valley of Woodhaven, Section One (1), an addition to Harrison Township, Howard County, Indiana, as shown in Recorder's Plat Book 9, Page 246.

Parcel II:

Lot Number Forty (40), in Timber Valley of Woodhaven, Section One (1), an addition to Harrison Township, Howard County, Indiana, as shown in Recorder's Plat Book 9, Page 246.

The Property address and/or tax parcel identification number(s) listed are provided solely for informational purposes, without warranty as to accuracy or completeness and are not hereby insured.