Label Matrix for local noticing
0756-1
Case 25-03782-JJG-7
Southern District of Indiana
Indianapolis
Fri Nov 6 09:37:09 EST 2026

ACAR Leasing LTD d/b/a GM Financial Leasing
P.O. Box 183853
Arlington, TX 76096-3853

Aes/Pnc Bank
Pob 61047
Harrisburg, PA 17106-1047

Affirm, Inc.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Allen Graber
411 N 1100 E
Greentown, IN 46936-8760

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0001

Barnes & Thornburg
11 S. Meridian St.
Indianapolis, IN 46204-3535

Capital One
Po Box 31293
Salt Lake City, UT 84131-0293

Com 1 Bank
201 W Sycamore
Kokomo, IN 46901-4630

Degler Flooring
507 N Washington
Kokomo, IN 46901-4501

Deptednelnet
Po Box 82561
Lincoln, NE 68501-2561

Everwise Credit Union
110 S. Main St.
South Bend, IN 46601-1833

Everwise Credit Union
110s Main St
South Bend, IN 46601-1833

Financl Bfcu
2828 S Lafountain St
Kokomo, IN 46902-3706

First Farmers Bank & T
Loan Department
Peru, IN 46970

Sarah Fowler
Sarah Fowler, Chapter 7 Trustee
101 W. Ohio St.
Suite 1700
Indianapolis, IN 46204-4201

Gm Financial
Po Box 181145
Arlington, TX 76096-1145

Heights Finance
101 N Main St. Ste 600
Greenville, South Carolina 29601-4846

Heights Finance Holding
101 N Main St. #600
Greenville, SC 29601-4846

Huston Electric
1915 E North Street
Kokomo, IN 46901-3169

(p)INDIANA DEPARTMENT OF REVENUE
ATTN BANKRUPTCY
100 N SENATE AVE
INDIANAPOLIS IN 46204-2253

Internal Revenue Service
Attn: Bankruptcy
PO Box 7346
Philadelphia, PA 19101-7346

King's
PO Box 1152
Kokomo, IN 46903-1152

Richard John LaCivita
Sottile & Barile
394 Wards Corner Rd.
Ste 180
Loveland, OH 45140-8362

Mark S Zuckerberg
429 N Pennsylvania St. #100
Indianapolis IN 46204-1873

(p)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

Pncbk/glelsi
2401 International Lane
Madison, WI 53704-3121

Solidarity Fed Credit
Pob 2499
Kokomo, IN 46904-2499

Michael A. Trippel
Thorne-Grodnik, LLP
420 Lincolnway West
Mishawaka, IN 46544-1902

Trueaccord C
16011 College Blvd
Lenexa, KS 66219-1366

U.S. Attorney's Office
Civil Process Clerk
135 North Pennsylvania St.
Suite 2100
Indianapolis, IN 46204-4400

U.S. Attorney's Office
10 W Market St Ste 2100
Indianapolis IN 46204-1986

U.S. Trustee
Office of U.S. Trustee
46 E Ohio Street, Room 520
Indianapolis, IN 46204-1903

Laura Lea Zabst
3002 Timber Valley Drive
Kokomo, IN 46902-5000

Mark S Zuckerberg
Bankruptcy Law Office of Mark S Zuckerbe
429 N. Pennsylvania Street
Ste 100
Indianapolis, IN 46204-1873

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Indiana Department of Revenue
Attn: Bankruptcy Section
100 N. Senate Ave., MS108
Indianapolis, IN 46204

Mohela
633 Spirit Drive
Chesterfield, MO 63005

(d)US Department of Education/MOHELA
633 Spirit Drive
Chesterfield, MO 63005

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)ACAR Leasing LTD d/b/a GM Financial Leasin

(u)Chesterfield, MO 63005

(u)Everwise Credit Union

(u)Mohela
Attn: Bankruptcy

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 34 |
| Bypassed recipients | 4 |
| Total | 38 |