UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:
LAURA ZABST CASE NO. 26-02764
Debtor(s).

**OBJECTION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Debtor, by counsel, and in support of this objection to Motion for Relief from Stay filed by ACAR Leasing LTD d/b/a GM Financial ("Creditor") and states the following:

1. Debtor converted to a Voluntary Chapter 7 Bankruptcy on September 16, 2026.
2. Debtor's Statement of Intention indicated she wished to reaffirm on the 2023 GMC Yukon.
3. Debtor is intending to get current with the creditor within 30 days.

WHEREFORE, the Debtor objects to the Motion filed by creditor and request all other relief just and proper in the premises.

Respectfully Submitted,

/s/ Mark S. Zuckerberg________
Mark S. Zuckerberg #13815-49
429 N. Pennsylvania St., Suite 100
Indianapolis, IN 46204
Filngs@mszlaw.com

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a copy of the foregoing pleading was served electronically this 6th day of November 2026 upon the following:

U.S. Trustee
GM Financial

Chapter 7 Trustee

/s/ Mark S. Zuckerberg________
Mark S. Zuckerberg