SF00075 (rev 08/2026)

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

In re:

**Laura Lea Zabst**,
Debtor.

Case No. **25−03782−JJG−7**

# NOTICE OF DEFICIENT FILING

An Objection was filed on November 6, 2026, by Debtor Laura Lea Zabst.

**NOTICE IS GIVEN** that the document is deficient as follows:

Case number does not match.

**NOTICE IS FURTHER GIVEN** that failure to cure the above deficiencies by November 23, 2026, may result in the striking of the deficient filing or the dismissal of this case without further notice.

Dated: November 9, 2026

Eric R. Kleis
Clerk, U.S. Bankruptcy Court