**SO ORDERED: November 25, 2026.**

**Jeffrey J. Graham**
**United States Bankruptcy Judge**

SF00076 (rev 08/2017)

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

In re:

**Laura Lea Zabst**, Case No. **25−03782−JJG−7**
Debtor.

## ORDER STRIKING DEFICIENT FILING

A Notice of Deficient Filing was issued to Debtor Laura Lea Zabst on November 9, 2026. The Court finds that the deficient filing should be stricken from the record due to the responsible party failing to cure the deficiency.

**IT IS ORDERED** that the following deficient filing is **STRICKEN** from the record:

| | |
|---|---|
| Document: | Objection |
| File Date: | November 6, 2026 |
| Document Number: | 64 |

###