**Fill in this information to identify the case:**

Debtor 1    LAURA LEA ZABST

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: SOUTHERN    District of INDIANA
                                                                (State)

Case number    25-03782

Official Form 410S1

# Notice of Mortgage Payment Change    12/25

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** EVERWISE CREDIT UNION      **Court claim no.** (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account:    5   9   4   9

**Date of payment change:**
Must be at least 21 days after date of this notice    08 / 01 / 26

**New total payment:**
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*    $ 3,538.91

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 3,564.54      New escrow payment: $ 3,538.91

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %      New interest rate: _____ %

   Current principal and interest payment: $ _____      New principal and interest payment: $ _____

| Part 3: | Annual HELOC Notice |
|---|---|

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

   ☑ No
   ☐ Yes.

   Current HELOC payment:    $ _____

   Reconciliation amount:    + $ _____ or
                           - $ _____

Debtor 1    LAURA LEA ZABST
First Name    Middle Name    Last Name

Case number (if known) 25-03782

---

Amount of next payment (including reconciliation amount)    $_____

Amount of the new payment thereafter (without reconciliation amount)    $_____

## Part 4:    Other Payment Change

4.  **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

Current mortgage payment: $ _____    New mortgage payment:  $ _____

## Part 5:    Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Sarah E. Schrems
Signature

Date 06/10/2026

Print:    SARAH        E.        SCHREMS
First Name    Middle Name    Last Name

Title    RECOVERY SUPERVISOR

Company    EVERWISE CREDIT UNION

Address    110 S. MAIN ST.
Number        Street

SOUTH BEND            IN        46601
City            State    ZIP Code

Contact phone  (574) 284_ 6281

Email  sschrems@everwisecu.com

Everwise Credit Union                                 Final
For Inquiries:  (800) 876-7014
110 S Main St
South Bend, IN  46601
For Inquiries:  (800) 876-7014

Analysis Date:     June 02, 2026

LAURA ZABST                                                      Loan:
3002 TIMBER VALLEY DR
KOKOMO IN  46902-5000                          Property Address:
                                                               3002 TIMBER VALLEY DRIVE
                                                               KOKOMO, IN  46902

**Annual Escrow Account Disclosure Statement**
**Account History**

This is a statement of actual activity in your escrow account from July 2025 to July 2026.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Aug 01, 2026: |
|---|---|---|
| Principal & Interest Pmt: | 2,920.31 | 2,920.31 |
| Escrow Payment: | 644.23 | 618.60 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $3,564.54 | $3,538.91 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Jan 01, 2025 |
| Escrow Balance: | (1,039.68) |
| Anticipated Pmts to Escrow: | 19,127.38 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $18,087.70 |

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 3,761.63 | (8,657.17) |
| Jul 2025 | 860.53 | | | | * | 4,622.16 | (8,657.17) |
| Aug 2025 | 860.53 | | | | * | 5,482.69 | (8,657.17) |
| Aug 2025 | | | | 2,813.23 | * Homeowners | 5,482.69 | (11,470.40) |
| Sep 2025 | 860.53 | | 2,360.14 | | * Homeowners | 3,983.08 | (11,470.40) |
| Oct 2025 | 860.53 | | | | * | 4,843.61 | (11,470.40) |
| Oct 2025 | | | | 1,889.00 | * County Tax | 4,843.61 | (13,359.40) |
| Oct 2025 | | | | 371.00 | * County Tax | 4,843.61 | (13,730.40) |
| Nov 2025 | 860.53 | | 3,612.09 | | * County Tax | 2,092.05 | (13,730.40) |
| Nov 2025 | | | 371.00 | | * County Tax | 1,721.05 | (13,730.40) |
| Dec 2025 | 860.53 | | | | * | 2,581.58 | (13,730.40) |
| Jan 2026 | 860.53 | 1,288.46 | | | * | 3,442.11 | (12,441.94) |
| Feb 2026 | 860.53 | | | | * | 4,302.64 | (12,441.94) |
| Mar 2026 | 860.53 | 644.23 | | | * | 5,163.17 | (11,797.71) |
| Apr 2026 | 860.53 | 644.23 | | | * | 6,023.70 | (11,153.48) |
| Apr 2026 | | | | 2,305.00 | * County Tax | 6,023.70 | (13,458.48) |
| May 2026 | 860.53 | | 3,612.09 | | * County Tax | 3,272.14 | (13,458.48) |
| May 2026 | | | 371.00 | | * County Tax | 2,901.14 | (13,458.48) |
| Jun 2026 | 860.53 | | | | * | 3,761.67 | (13,458.48) |
| | | | | | Anticipated Transactions | 3,761.67 | (13,458.48) |
| Jun 2026 | | 11,596.14 | | | | | (1,862.34) |
| Jul 2026 | | 1,174.00 | | | | | (688.34) |
| | $10,326.36 | $15,347.06 | $10,326.32 | $7,378.23 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we  anticipated that payments from your account would be made during this period equaling 10,326.32.  Under Federal law, your lowest monthly balance should not have exceeded 1,721.05 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Everwise Credit Union
For Inquiries: (800) 876-7014

Final

Analysis Date:   June 02, 2026

LAURA ZABST

Loan:

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | | Escrow Balance | |
| | To Escrow | From Escrow | Description | Anticipated | Required |
| --- | --- | --- | --- | --- | --- |
| | | | Starting Balance | 18,087.70 | 3,881.04 |
| Aug 2026 | 618.60 | | | 18,706.30 | 4,499.64 |
| Sep 2026 | 618.60 | 2,813.23 | Homeowners | 16,511.67 | 2,305.01 |
| Oct 2026 | 618.60 | | | 17,130.27 | 2,923.61 |
| Nov 2026 | 618.60 | 2,305.00 | County Tax | 15,443.87 | 1,237.21 |
| Dec 2026 | 618.60 | | | 16,062.47 | 1,855.81 |
| Jan 2027 | 618.60 | | | 16,681.07 | 2,474.41 |
| Feb 2027 | 618.60 | | | 17,299.67 | 3,093.01 |
| Mar 2027 | 618.60 | | | 17,918.27 | 3,711.61 |
| Apr 2027 | 618.60 | | | 18,536.87 | 4,330.21 |
| May 2027 | 618.60 | 2,305.00 | County Tax | 16,850.47 | 2,643.81 |
| Jun 2027 | 618.60 | | | 17,469.07 | 3,262.41 |
| Jul 2027 | 618.60 | | | 18,087.67 | 3,881.01 |
| | $7,423.20 | $7,423.23 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of 1,237.21. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 1,237.21 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 18,087.70. Your starting balance (escrow balance required) according to this analysis should be $3,881.04. This means you have a surplus of 14,206.66. This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. As the loan is delinquent, we will not be sending a check for the surplus.

We anticipate the total of your coming year bills to be 7,423.23. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
| --- | --- |
| Unadjusted Escrow Payment | 618.60 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $618.60 |